FILED
2017 Apr-13  AM 10:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT "A"

ELECTRONICALLY FILED
3/3/2017 4:17 PM
01-CV-2017-900868.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Ca:<br>01 |
|---|---|---|

Date of Filing:
03/03/2017          Judge Code:

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### CLIFTON FORTUNE v. LARRY WAYNE BALM ET AL

**First Plaintiff:** ☐ Business  ☑ Individual     **First Defendant:** ☐ Business  ☑ Individual
☐ Government  ☐ Other                          ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
☐ WDEA - Wrongful Death
☐ TONG - Negligence: General
☑ TOMV - Negligence: Motor Vehicle
☐ TOWA - Wantonness
☐ TOPL - Product Liability/AEMLD
☐ TOMM - Malpractice-Medical
☐ TOLM - Malpractice-Legal
☐ TOOM - Malpractice-Other
☐ TBFM - Fraud/Bad Faith/Misrepresentation
☐ TOXX - Other:

**TORTS: PERSONAL INJURY**
☐ TOPE - Personal Property
☐ TORE - Real Property

**OTHER CIVIL FILINGS**
☐ ABAN - Abandoned Automobile
☐ ACCT - Account & Nonmortgage
☐ APAA - Administrative Agency Appeal
☐ ADPA - Administrative Procedure Act
☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS  (cont'd)**
☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/
        Enforcement of Agency Subpoena/Petition to Preserve
☐ CVRT - Civil Rights
☐ COND - Condemnation/Eminent Domain/Right-of-Way
☐ CTMP - Contempt of Court
☐ CONT - Contract/Ejectment/Writ of Seizure
☐ TOCN - Conversion
☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/
        Injunction Election Contest/Quiet Title/Sale For Division
☐ CVUD - Eviction Appeal/Unlawful Detainer
☐ FORJ - Foreign Judgment
☐ FORF - Fruits of Crime Forfeiture
☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
☐ PFAB - Protection From Abuse
☐ FELA - Railroad/Seaman (FELA)
☐ RPRO - Real Property
☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
☐ COMP - Workers' Compensation
☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:   F** ☑ **INITIAL FILING      A** ☐ **APPEAL FROM**      **O** ☐ **OTHER**
                                    **DISTRICT COURT**

         **R** ☐ **REMANDED      T** ☐ **TRANSFERRED FROM**
                              **OTHER CIRCUIT COURT**

**HAS JURY TRIAL BEEN DEMANDED?**   ☑ YES  ☐ NO     Note:  Checking "Yes" does not constitute a demand for a
                                                    jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**   ☑ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**
    BUR070                    3/3/2017 4:17:36 PM              /s/ CHRISTOPHER L BURRELL
                                    Date                      Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**        ☐ YES  ☑ NO  ☐ UNDECIDED

DOCUMENT 2



ELECTRONICALLY FILED
3/3/2017 4:17 PM
01-CV-2017-900868.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | | |
|---|---|---|
| **CLIFTON FORTUNE** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **Case No.:** |
| | ) | |
| **LARRY WAYNE BALM AND** | ) | **JURY TRIAL DEMANDED** |
| **CRETE CARRIER CORPORATION** | ) | |
| **Defendant.** | ) | |

### COMPLAINT

1. The Plaintiff, Clifton Fortune, brings this civil action to recover compensation for injuries and expenses pursuant to an automobile accident on July 4, 2015.

### PARTIES, JURISDICTION, AND VENUE

2. The Plaintiff, Clifton Fortune, is over the age of (19) years and has been a resident of Jefferson County, Alabama for more than six months preceding the filing of this complaint.

3. The Defendant, Larry Wayne Balm, is over the age of (19) years and a resident of Arkansas. He was the agent/employee of the Defendant Crete Carrier Corp. and was acting within the course and scope of his agency/employment while driving a 2012 International TR Truck with a semi-trailer, Nebraska registration #162990.

4. The Defendant, Crete Carrier Corp. is a company with a principle place of business in Nebraska. At all pertinent times, Defendant was the owner of the 2012 International TR . Truck with a semi-trailer, Nebraska registration #162990.

5. The Plaintiff alleges that jurisdiction is proper in Jefferson County, Alabama in that the Defendants regularly conduct business in the State of Alabama and all or substantially all of the wrongs complained of occurred in Jefferson County, Alabama.

DOCUMENT 2

## STATEMENT OF FACTS

6. On July 4, 2015, Defendant Larry Wayne Balm was employed as a driver for Defendant Crete Carrier Corp. During the course and scope of his employment, Mr. Balm negligently caused or allowed the vehicle he was operating to collide with the vehicle in which the Plaintiff was the driver and sole occupant by not maintaining his lane during a turn and sideswiping the Plaintiff's vehicle, which was also in the process of making a turn.

7. As a proximate consequence of the Defendant's said negligence, the Plaintiff was caused to suffer the following injuries and damages:

   a. Plaintiff received bodily injuries to his neck, shoulders, back, legs, and other parts of the Plaintiff's bodies; and was either required to undergo medical treatment, or may incur expenses therefore in the future. Plaintiff suffered mental pain and anguish and will be caused to so suffer in the future.

8. Plaintiff avers that all of Plaintiff's injuries and damages are the direct and proximate result of the aforementioned negligence of the Defendants on the occasion made the basis of this suit and claims damages from the Defendants in an amount not less than $10,000 exclusive of interest and costs, that will adequately compensate the Plaintiff for Plaintiff's injuries and losses.

## FIRST CAUSE OF ACTION

## NEGLIGENCE

9. Plaintiff realleges all previous paragraphs as if set out here in full, and further alleges:

10. The aforementioned accident was due solely to the negligent conduct and/or willful misconduct of Defendant Balm – and in no way due to any negligent act or failure to act on the part of the Plaintiff.

DOCUMENT 2

11. The Defendant Balm's negligent conduct consisted of the following:

    a.  Failure to properly observe the roadway;

    b.  Failure to properly brake his vehicle;

    c.  Failure to properly maneuver his vehicle so as to avoid a collision;

    d.  Failure to maintain adequate control over his vehicle;

    e.  Failure to take proper evasive action so as to avoid an accident;

    f.  Failure to properly obey the rules of the road of the State of Alabama.

12. The Defendant Crete Carrier Corp.'s negligent conduct consisted of the following:

    a.  Negligently entrusting Defendant Balm with the vehicle owned by Defendant Crete Carrier Corp. when it knew or should have known that Defendant Balm lacked sufficient skill, judgment, and prudence in the operation of a motor vehicle;

    b.  Failing to adequately instruct Defendant Balm in the safe operation of a motor vehicle prior to entrusting him with the vehicle.

    c.  Failure to prevent Defendant Balm from operating the Defendant Crete Carrier Corp.'s vehicle until he was sufficient ability to operate the vehicle safely;

    d.  Failure to adequately ascertain that Defendant Balm lacked the ability necessary to safely operate the Defendant Crete Carrier Corp.'s vehicle safely under the circumstances;

    e.  Failure to properly maintain and/or inspect the said vehicle.

13. Defendant Crete Carrier Corp. is vicariously liable for the actions of its employee.

DOCUMENT 2

## SECOND CAUSE OF ACTION

## NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

14. Plaintiff realleges all previous paragraphs as if set out here in full, and further alleges:

15. Plaintiff Clifton Fortune was the driver of the vehicle.

16. Plaintiff was caused to endure not only the accident itself, but the painful physical and mental injury inflicted upon him because of it.

17. As a result of the aforementioned negligence and carelessness as outlined above, Defendants did negligently inflict upon the Plaintiff severe shock, upset, and emotional distress resulting in physical injuries to the Plaintiffs, including anxiety, loss of appetite, and other adverse conditions.

## RELIEF REQUESTED

**WHEREFORE,** Plaintiff having set forth claims for relief against Defendant respectfully pray of the Court as follows:

a. That Plaintiff have and recover against Defendants a sum to be determined in the form of actual, incidental, and consequential damages (including mental anguish);

b. That Plaintiff have and recover against Defendants a sum to be determined in the form of compensatory and punitive damages;

c. That Plaintiff have and recover against a sum to be determined in the form of statutory damages;

d. That Plaintiff have reasonable attorney's fees, costs, expenses;

e. That Plaintiff have other and further relief the Court may deem just and proper.

On this the 3rd day of March, 2017.

DOCUMENT 2

/s/ Christopher L. Burrell
Christopher L. Burrell, Esq. (BUR070)
Attorney for the Plaintiff

The C. Burrell Law Group, LLC
P.O. Box 1451
Birmingham, AL 35201
Ph: (205) 202-5599
Email: cb@cburrellgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that I have filed a copy of the foregoing Notice with the Clerk of the Court using the Alacourt/Alafile system, which will send notification of such filing to all properly registered participants, to include Defendants' attorney. I also certify that I have mailed, properly addressed and postage prepaid via the United State Postal Service, a copy of this document to all non-Alacourt/Alafile participants.

Larry Wayne Balm
1722 N College Ave #C
Fayetteville, AR 72703

CRETE CARRIER CORP.
P.O. Box 81228
Lincoln, NE 68501

On this 3rd day of March, 2017.

/s/ Christopher L. Burrell
Christopher L. Burrell, Esq. (BUR070)
OF COUNSEL

DOCUMENT 3



ELECTRONICALLY FILED
3/3/2017 4:17 PM
01-CV-2017-900868.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | | |
|---|---|---|
| **CLIFTON FORTUNE** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No.:** |
| | ) | |
| **LARRY WAYNE BALM AND** | ) | **JURY TRIAL DEMANDED** |
| **CRETE CARRIER CORPORATION** | ) | |
| **Defendant.** | ) | |

### PLAINTIFF'S INTERROGATORIES AND
### REQUESTS FOR PRODUCTION TO DEFENDANT

COMES NOW the Plaintiff, Clifton Fortune ("Plaintiff" or "Mr. Fortune"), by and through the counsel of record, and submits the following Interrogatories and Requests for Production of Documents to the Defendants, Crete Carrier Corporation and Larry Wayne Balm ("Defendants"). These discovery requests are to be answered separately and fully in writing and under oath, in accordance with the Alabama Rules of Civil Procedure, Rules 33 and 34, and within 30 days as required by law.

### DEFINITIONS AND INSTRUCTIONS

For purposes of these discovery requests:

(a) "You" and "your" means the Defendant, Larry Wayne Balm and agents, employees, attorneys, and all other persons who have acted on your behalf.

(b) Each request for production of documents contained herein extends to all documents in your possession, custody or control in the possession, custody or control of anyone acting on your behalf. A document is deemed to be within your possession, custody or control (a) if it is in your physical custody of (b) if it is in the physical custody of any other person and you (i) own such document in whole or in part, (ii) have a right, by contract, statue or otherwise, to use, inspect, examine or copy such document on any terms, (iii) have an understanding,

DOCUMENT 3

express or implied, that you may use, inspect, examine or copy such document on any terms or (iv) have, as a practical matter, been able to use, inspect, examine or copy such document when you sought to do so.

(c)     The terms "document" and "documents" are used in their broadest sense allowed by Alabama Rules of Civil Procedure – and include, but are not limited to, any kind of tangible material, whether written, recorded, microfilmed, microfiched, photographed, computerized, reduced to an electronic or magnetic impulse or otherwise preserved or rendered, and also including, but not limited to, writings, drawings, graphs, charts, photographs, phonographs records, tape recordings, notes, diaries, calendars, checkbooks, books, papers, agreements, contracts, accounts, electronic or videotape recordings, and any computer-generated, computer stored, or electronically-stored matter from which information can be obtained and translated, if necessary, into reasonably useable form.    The definition of "document" includes e-mail communications, text messages, phone records, information contained in any computer or stored separately in electronic media or removable media (even if not previously printed out).

(d)     "Identify" when used with the reference to: (i) an individual person means to state his or her full name, employer, job title, present or last known address and telephone number, and present or last known business address and telephone number; (ii) a document means to state the type of document (*e.g.*, letter, memorandum, etc.) and its date, author, addressee, general subject matter and present location and custodian.  (If any document was, but no longer is, in your possession, state what disposition was made of it and the facts or reasons for such disposition; (iii) A meeting or discussion, state the date, location, persons attending, topics discussed in the meeting or discussion, (iv): an event means to state the date and time of the event, the people present, the location and circumstances surrounding the event.

DOCUMENT 3

(e)     "Person" or "persons" means any natural person, firm, proprietorship, partnership, joint venture, corporation, association, or other business entity, and all present and former officers, directors, agents, employees, and others acting for or purporting to act on behalf of such natural person, firm, proprietorship, partnership, joint venture, corporation, association, or other business entity with respect to the matter referred to in the discovery request and/or your answer thereto.

(f)     "Relate(s) to" or "relating to" means refer(s) to, reflect(s) or in any way logically or factually connect(s) with the matter described in the discovery request.

(g)     If any discovery request cannot be answered in full, then answer to the extent possible and state the reason or reasons for your inability to provide a complete answer.

(h)     With regard to your answer to each discovery request, identify the person(s) providing the information contained in the answer and state whether the information furnished is within the personal knowledge of the person providing the information and, if not, the identity, if known, of each person with whom the information is a matter of personal knowledge.

(i)     These discovery requests shall be deemed continuing, and supplemental answers shall be filed to the extent required by the Alabama Rules of Civil Procedure.   If further information is obtained of the nature sought by these discovery requests after the service of your answer, you are specifically requested to supply such further information to the Plaintiff.

(j)     If any privilege is claimed with respect to the information requested in any discovery request, state the privilege claimed and the basis for asserting such privilege.  Provide the following information for each document withheld on the basis of an assertion of privilege:

1)     its date;

2)     its title;

3)   its author;

4)   its addressee;

5)   the identity of each person who received or saw the original or any copy;

6)   the claim of privilege under which it is withheld;

7)   its general subject matter;

8)   its present custodian; and

9)   a description of the document that you would consider adequate to support your contention that it is privileged.

(k)   "Communication" includes any statement or utterance, whether written or oral, made by one person to another, or in the presence of another, and any document (as defined below) delivered or sent from one person to another.

(l)   The terms "relating to" and "relate to" mean directly or indirectly mentioning, describing, pertaining to, being connected with, or reflecting upon the subject matter of the specific request.

(m)   The use of the singular shall be deemed to include the plural, and the use of one gender shall include all other as are appropriate in the context.

(n)   The term "and/or," "or" and "and" are used inclusively, not exclusively.

(o)   "Personal knowledge" means information or belief based on events you personally saw, heard, or otherwise perceived.  "Personal knowledge" excludes information or belief based on statements of others that you did not personally witness or experience.

(p)   "Plaintiff" means Clifton Fortune

(q)   "Complaint" means the complaint filed in the above-captioned action pending in the Circuit Court of Alabama.

DOCUMENT 3

(r)     You are advised that these Interrogatories and Requests for Production are "continuing" in nature, and that should any information come to your attention after the filing of your answers, your answers should be immediately amended to reflect such additional information.

(s)     A request is not necessarily objectionable merely because an answer to the discovery request involves an opinion or contention that relates to the fact or the application of law to fact. When facts to support your contention are requested, consider this as also a request to name the source of such facts, including the name and address of any witness who will testify to such facts or the identification of any documents which will serve as proof of such facts.

## INTERROGATORIES

Plaintiff, Clifton Fortune ("Plaintiff" or "Mr. Fortune"), pursuant to Rule 33 of the Alabama Rules of Civil Procedure, propounds to the Defendants, Larry Wayne Balm and Crete Carrier Corporation ("Defendants"), the following Interrogatories:

1. State your correct legal name, address, marital status, age, social security number and occupation both now and at the time of the accident. Also, provide any other names or aliases by which you have been known.

2. List the names and addresses of all witnesses or persons believed or known by you to have any knowledge concerning facts about the accident.

3. List:

(a) the names and addresses of those persons who have given to you, your attorney or any person, firm or corporation acting in your behalf, any statements, accident reports, voice recordings, medical proof of claim forms, reports or memoranda in any way concerning this accident;
(b) the date of each such statement, accident report, voice recording, medical proof of

DOCUMENT 3

claim form, report or memorandum; and
(c) the name, telephone number and address of the person, firm or corporation who now has possession of same.

4. State the name, address or other information concerning the location of every person known to, or reasonably believed by you, your agents, investigators or other representatives to have knowledge, information or possession of any map, picture, photograph, drawing, or other document about any issue or fact concerning the accident.

5. Did you give a statement or accident report to any person, firm or corporation regarding this accident? If so, specify:

(a) the date that each such statement was given;
(b) the name, address and occupation of the person to whom and for whom each such statement was given; and
(c) the name and address of the person, firm or corporation having possession of each statement.

6. Did someone examine your vehicle to determine the extent of the damage thereto, and if so, state:

(a) the date such examination was made;
(b) the name, address and occupation of the person or persons making such examination; and
(c) the name and address of the person now in possession and custody of the records of such examination and any estimate of damages.

7. Have you ever been convicted of, or pleaded guilty or *nolo contendere* to, any criminal offense? If so, list:

(a) the date of each such conviction or plea;
(b) the court, city and state of each such conviction or plea;
(c) the nature of the offense; and
(d) the disposition of the charge.

DOCUMENT 3

8. List all moving violations for which you have been cited in the past 10 years.

9. State if you have ever had a driver's license suspension or revocation for any reason and list the date(s), location(s) and reason(s) for each suspension or revocation.

10. Identify all persons whom you intend to call as expert witnesses at trial and for each such expert specify:

> (a) the subject matter on which he is expected to testify,
> (b) the substance of the facts and opinions to which he is expected to testify, and
> (c) a summary of the grounds for each opinion to which he will testify.

11. Identify all other experts consulted or engaged by you, your attorney or your agents.

12. When you first saw the Plaintiff's vehicle, how far was your vehicle from the point of impact with the Plaintiff's vehicle?

13. State the exact or approximate speed of the Plaintiff's vehicle when you first saw it and also at the time of impact.

14. State the exact or approximate speed of your vehicle at the time you first saw the Plaintiff's vehicle and also at the point of impact.

15. Describe in detail every action you took, from the time you first observed the Plaintiff's vehicle up to the time of the impact, giving speed and direction of your course of travel.

16. Describe the positions of your vehicle and the Plaintiff's vehicle at the moment of impact, giving distances to curblines or other fixed objects.

DOCUMENT 3

17. Did you apply your brakes at any time just before impact with the Plaintiff's vehicle? If so, specify:

      (a) the speed (in miles per hour) of your vehicle at the time you applied the brakes;
      (b) the distance in feet of your vehicle from the point of impact at the time you applied the brakes; and
      (c) at the time you applied your brakes, the distance in feet of your vehicle from where it came to a complete stop after the accident.

18. State the purpose of your trip at the time of the accident.

19. Describe in detail the weather and road conditions at the time and location of the accident.

20. Please provide the telephone number, provider and the name on the account responsible for payment of the cellular telephone, if any, in your possession or use at the time of the accident made the basis of Plaintiff's Complaint.

21. State whether you consumed any alcohol within 24 hours before the accident; if so, specify:

      (a) the type or nature of beverage or beverages consumed;
      (b) the quantity of each;
      (c) the time and place where the beverage was consumed; and
      (d) the identity and location of each person present when the beverage was consumed.

22. State whether you took any drugs or narcotics (including prescription drugs) within twenty-four (24) hours before the accident, and if so, specify:

      (a) the type of each such drug,
      (b) the quantity of each,
      (c) the time and place each such drug was taken,
      (d) the identity and location of each person present when each such drug was taken,
      (e) the name and address of any person who prescribed such medication, drug or narcotic.
      (f) if you did not take any drugs, were you under doctor's orders to take drugs at the time of the accident; and

DOCUMENT 3

(g) describe any drugs you should have taken, the reasons they were prescribed for you, and the reasons that you did not take them.

23. Specify the time, place, and substance of any conversation you had, or which any person in your presence had, at the scene of the accident about the manner in which the accident happened.

24. Do you or your attorneys, agents, servants or employees have any letters, statements, accident report forms or voice recordings concerning this accident which were made by the Plaintiff? If so, give:

     (a) the nature of same;
     (b) the date each was taken;
     (c) the name, address and occupation of the person taking same; and
     (d) the name and address of the person, firm or corporation currently having possession of same.

25. Identify the contents of any insurance agreement under which any person may be liable to satisfy part or all of a judgment which may be entered against you in the action, or to indemnify or reimburse you for payments made to satisfy any such judgment, including, without limitation: the limits of any policies, which policies are primary, which are excessive, and whether you have received any reservation of rights letter from any applicable carriers in response to your request for coverage or a defense.

26. At any time since the accident, were any photographs or motion picture films taken of you, the scene of the accident, or the motor vehicles involved? If so, identify them by giving:

     (a) the date or dates when such photographs or motion picture films were taken, and
     (b) the name and address of the person or persons having possession of them.
     (c) attach copies of such photographs or motion picture films to your answers hereto.

27. Describe your vehicle:

     (a) the damage to the vehicle;
     (b) its make, model, year, and mileage at the time of the accident;
     (c) its value immediately before and immediately after the accident;

DOCUMENT 3

(d) the course of repair of such damages; and

(e) if an estimate of the cost of repair was made, the name and address of the person or persons who made the estimate and the date on which such estimate was made.

(f) attach to your answers hereto a copy of any such estimate.

28. Do you understand that you are making these answers under oath, and are stating they are true and correct, and that they may be used at trial?

29. Do you understand that these Interrogatory answers require timely supplementation upon the discovery of additional information pertinent to the answer to these Interrogatories?

## REQUESTS FOR PRODUCTION OF DOCUMENTS

Plaintiff, Clifton Fortune ("Plaintiff" or "Mr. Fortune"), pursuant to Rule 34 of the Alabama Rules of Civil Procedure, propounds to the Defendants, Larry Wayne Balm and Crete Carrier Corporation ("Defendants"), the following Requests for Production:

1. Copy of your cell phone bill, which shows the usage of your cell phone on the date of the accident.

2. Color copies of any photographs depicting the accident scene.

3. Color copies of any photographs depicting the automobiles involved in the accident, after the accident and before repairs were made.

4. Color copies of any photographs depicting the injuries suffered by the Plaintiff in this accident.

5. All reports of expert witnesses.

6. Copy of statement, if taken, from any party or witnesses to the accident.

7. All exhibits which will be offered by the Defendant at the trial of this case.

8. All documents of any kind relating to payment of all or any part of the damages claimed in this lawsuit, whether such payments were made or are to be made by a collateral source or otherwise.

*/s/ Christopher L. Burrell*
Christopher L. Burrell, Esq. (BUR070)
Attorney for the Plaintiff

DOCUMENT 3

The C. Burrell Law Group, LLC
P.O. Box 1451
Birmingham, AL 35201
Ph: (205) 202-5599
Fax: (205) 918-8041
Email: cb@cburrellgroup.com

### CERTIFICATE OF SERVICE

I hereby certify that I have filed a copy of the foregoing Notice with the Clerk of the Court using the Alacourt/Alafile system, which will send notification of such filing to all properly registered participants, to include Defendants' attorney. I also certify that I have mailed, properly addressed and postage prepaid via the United State Postal Service, a copy of this document to all non-Alacourt/Alafile participants.

Larry Wayne Balm
1722 N College Ave #C
Fayetteville, AR 72703

CRETE CARRIER CORP.
P.O. Box 81228
Lincoln, NE 68501

On this 3rd day of March, 2017.

 /s/  Christopher L. Burrell
Christopher L. Burrell, Esq.  (BUR070)
OF COUNSEL



**AlaFile E-Notice**

01-CV-2017-900868.00

To: CHRISTOPHER L BURRELL
cb@cburrellgroup.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

CLIFTON FORTUNE V. LARRY WAYNE BALM ET AL
01-CV-2017-900868.00

The following complaint was FILED on 3/3/2017 4:18:02 PM

Notice Date:     3/3/2017 4:18:02 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2017-900868.00

To:  LARRY WAYNE BALM
     1722 N. COLLEGE AVE, #C
     FAYETTEVILLE, AR, 72703

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

CLIFTON FORTUNE V. LARRY WAYNE BALM ET AL
01-CV-2017-900868.00

The following complaint was FILED on 3/3/2017 4:18:02 PM

Notice Date:     3/3/2017 4:18:02 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2017-900868.00

To:  CRETE CARRIER CORP.
     P.O. BOX 81228
     LINCOLN, NE, 68501

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

CLIFTON FORTUNE V. LARRY WAYNE BALM ET AL
01-CV-2017-900868.00

The following complaint was FILED on 3/3/2017 4:18:02 PM

Notice Date:      3/3/2017 4:18:02 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2017-900868.00 |
| --- | --- | --- |

IN THE CIRCUIT COURT OF JEFFERSON COUNTY
CLIFTON FORTUNE V. LARRY WAYNE BALM ET AL

LARRY WAYNE BALM, 1722 N. COLLEGE AVE, #C, FAYETTEVILLE, AR 72703

NOTICE TO

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY CHRISTOPHER L BURRELL

WHOSE ADDRESS IS P.O. BOX 1451, BIRMINGHAM, AL 35201

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of   CLIFTON FORTUNE

pursuant to the Alabama Rules of the Civil Procedure

Date   3/3/2017 4:18:02 PM       /s/ ANNE-MARIE ADAMS

Clerk/Register

JEFFERSON COUNTY, ALABAMA

716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL 35203

☑ Certified Mail is hereby requested       /s/ CHRISTOPHER L BURRELL

Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

(Date)

_____
Date

_____
Server's Signature

_____
Address of Server

_____
Type of Server

_____
Server's Printed Name

_____
Phone Number of Server

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2017-900868.00 |
|---|---|---|

IN THE CIRCUIT COURT OF JEFFERSON COUNTY
CLIFTON FORTUNE V. LARRY WAYNE BALM ET AL

CRETE CARRIER CORP., P.O. BOX 81228, LINCOLN, NE 68501

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY CHRISTOPHER L BURRELL _____

WHOSE ADDRESS IS P.O. BOX 1451, BIRMINGHAM, AL 35201 _____

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of    CLIFTON FORTUNE
   pursuant to the Alabama Rules of the Civil Procedure

Date   3/3/2017 4:18:02 PM          /s/ ANNE-MARIE ADAMS _____

                                   Clerk/Register

                                   JEFFERSON COUNTY, ALABAMA

                                   716 N. RICHARD ARRINGTON BLVD.
                                   BIRMINGHAM, AL 35203

| ☑ Certified Mail is hereby requested | /s/ CHRISTOPHER L BURRELL<br>Plaintiff's/Attorney's Signature |  |
|---|---|---|

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____
                                                                         (Date)

_____                _____            _____
Date                                 Server's Signature                Address of Server

_____                _____            _____
Type of Server                       Server's Printed Name

                                                                       _____
                                                                       Phone Number of Server



# NOTICE TO CLERK

### REQUIREMENTS FOR COMPLETING SERVICE BY
### CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
CLIFTON FORTUNE V. LARRY WAYNE BALM ET AL

01-CV-2017-900868.00

To: CLERK BIRMINGHAM
clerk.birmingham@alacourt.gov

TOTAL POSTAGE PAID: $15.42

Parties to be served by Certified Mail - Return Receipt Requested

LARRY WAYNE BALM                                      Postage: $7.71
1722 N. COLLEGE AVE, #C
FAYETTEVILLE, AR 72703

CRETE CARRIER CORP.                                   Postage: $7.71
P.O. BOX 81228
LINCOLN, NE 68501

Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested

Parties to be served by First Class Mail

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$   CV2017 900868 S C DI

Total Postage and Fees
$

Sent To   Larry Wayne Balm
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

7016 0340 0000 7789 6396

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   LARRY WAYNE BALM
   1722 N. COLLEGE AVE, #C
   FAYETTEVILLE, AR 72703

CV2017 900868 S C DI

9590 9402 2179 6193 7044 12

2. Article Number *(Transfer from service label)*

   7016 0340 0000 7789 6396

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature                   ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☒ Certified Mail®                   ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery ☒ Return Receipt for Merchandise
☐ Collect on Delivery               ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com™.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$  CV2017  900868  S/C  DS

Total Postage and Fees
$

Sent To  Crete Carrier Corp.

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

7016 0340 0000 7789 6402

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CRETE CARRIER CORP.
92
P.O. BOX 81228
LINCOLN, NE 68501

CV2017  900868  S/C  DS

9590 9402 2179 6193 7044 05

2. Article Number (Transfer from service label)

7016 0340 0000 7789 6402

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CRETE CARRIER CORP.

P.O. BOX 81228

LINCOLN, NE 68501



9590 9402 2179 6193 7044 05

2. Article Number (Transfer from service label)

7016 0340 0000 7789 6402

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Kaus Besw*

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

3/13/17

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No



3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ ...... Mail
- ...... Mail Restricted Delivery
  .......
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

USPS TRACKING #



9590 9402 2179 6193 7044 05

**United States
Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

FILED IN OFFICE
CIRCUIT CIVIL DIVISION

MAR 20 2017

ANNE-MARIE ADAMS
CLERK

• Sender: Please print your name, address, and ZIP+4® in this box•

ANNE-MARIE ADAMS, CLERK
ROOM 400 JEFF. CO. COURTHOUSE
716 RICHARD ARRINGTON JR BLVD. NO.
BIRMINGHAM, ALABAMA 35203

3-010100



**AlaFile E-Notice**

01-CV-2017-900868.00

Judge: DONALD E. BLANKENSHIP

To:  BURRELL CHRISTOPHER LEVAR
cb@cburrellgroup.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

CLIFTON FORTUNE V. LARRY WAYNE BALM ET AL
01-CV-2017-900868.00

The following matter was served on 3/13/2017

**D002 CRETE CARRIER CORP.**

**Corresponding To**

CERTIFIED MAIL

S/C

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   LARRY WAYNE BALM

   1722 N. COLLEGE AVE, #C

   FAYETTEVILLE, AR 72703

   CV2017 900868 slc DI

   9590 9402 2179 6193 7044 12

2. Article Number (Transfer from service label)

   7016 0340 0000 7789 6396

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  Jose Soto

☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   Mail Restricted Delivery
   )

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☑ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

USPS TRACKING #



9590 9402 2179 6193 7044 12

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

FILED IN OFFICE
CIRCUIT CIVIL DIVISION

MAR 20 2017

ANNE-MARIE ADAMS
CLERK

United States
Postal Service

* Sender: Please print your name, address, and ZIP+4® in this box*

ANNE-MARIE ADAMS, CLERK

ROOM 400 JEFF. CO. COURTHOUSE

716 RICHARD ARRINGTON JR BLVD. NO.

BIRMINGHAM, ALABAMA 35203



**AlaFile E-Notice**

01-CV-2017-900868.00

Judge: DONALD E. BLANKENSHIP

To:  BURRELL CHRISTOPHER LEVAR
cb@cburrellgroup.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

CLIFTON FORTUNE V. LARRY WAYNE BALM ET AL
01-CV-2017-900868.00

The following matter was served on 3/20/2017

**D001 BALM LARRY WAYNE**

**Corresponding To**

CERTIFIED MAIL

S/C

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov