FILED
2017 Apr-13 AM 10:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT "D"

**CHRISTOPHER L. BURRELL**
ATTORNEY AT LAW

SKILLED | PROVEN | RESULTS

205.202.5599 (P)
205.918.8041 (F)
CB@CBURRELLGROUP.COM (E)

*[Handwritten: 2015 11 0612 / SDP / Clifton Fortune]*
*[Handwritten annotations: "added", "Dan", "Clam", "committee JB"]*
*[Stamp: TRANSPORTATION CLAIMS Received 2016]*

July 26, 2016

Dan Adler
Transportation Claims, Inc.
PO Box 83246
Lincoln, NE 68501

Re:   Client:      Clifton Fortune
      Claim No:   2015-10612

Mr. Adler,

This law firm has been retained to represent Clifton Fortune in connection with the above listed claim. This letter is to inform you of the damages he has suffered up to this point and to attempt to settle this matter. Mr. Fortune is a 33-year-old male. He resides in Birmingham, Alabama. He was injured on July 4, 2015 when your insured, Larry Wayne Balm, crossed over into Mr. Fortune's lane during a left hand turn striking his vehicle.

DAMAGES:

Mr. Fortune received painful injuries to his head, neck, back and shoulders as a result of this collision. Mr. Fortune underwent treatment and therapy to help ease the pain and discomfort that resulted from this accident. Even after weeks of treatment, he is still experiencing a large amount of pain and discomfort.

In addition to physical pain and discomfort, this accident will continue to traumatize Mr. Fortune. This accident caused Mr. Fortune to suffer setbacks and complications from his already fragile state of mind, so much so that he was hospitalized for anxiety and depression just days after the accident. It will take considerable time to regain the vitality he once possessed. His weakened physical state and persistent discomfort will serve as a constant reminder of the accident.

SPECIAL DAMAGES

Medical Bills
| | | |
|---|---|---|
| Radiology Associates of B'ham | $ | 384.00 |
| St. Vincent's ER | $ | 1,600.00 |
| Accident & Injury Centers of AL | $ | 9,120.00 |
| Brookwood Hospital | $ | 45,145.82 |
| ER Physicians Associates | $ | 618.00 |
| Total | $ | 56,867.82 |

MAILING ADDRESS
P.O. BOX 1451
BIRMINGHAM, AL 35201

WWW.CBURRELLGROUP.COM

PHYSICAL ADDRESS
712 32ND ST. S.
BIRMINGHAM, AL 35233



**CHRISTOPHER L. BURRELL**
ATTORNEY AT LAW

SKILLED | PROVEN | RESULTS

205.202.5599 (P)
205.918.8041 (F)
CB@CBURRELLGROUP.COM (E)

Fortune, Clifton
July 26, 2016
Page 2

## PAST AND FUTURE PAIN AND SUFFERING

A complete description of the adverse effects of this accident is beyond the scope of this letter and beyond any monetary amount. For purposes of resolving this matter, we attempt to assign a monetary amount to Mr. Fortune's losses.

| | |
|---|---|
| Past/Future pain and suffering | $ 50,000.00 |
| Mental Anguish and Emotional Distress | $ 50,000.00 |
| Total | $100,000.00 |
| | |
| TOTAL DAMAGES ASSESSED | $156,867.82 |

On behalf of Mr. Fortune, we hereby offer the sum of $160,000.00 as full settlement of this claim.

Sincerely,

Christopher L. Burrell, Esq.

MAILING ADDRESS
P.O. BOX 1451
BIRMINGHAM, AL 35201

WWW.CBURRELLGROUP.COM

PHYSICAL ADDRESS
712 32ND ST. S.
BIRMINGHAM, AL 35233